IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TROY HILL,**

    **Petitioner,**

v.                                    Case No.   4:14cv652-MW/CJK

**STATE OF FLORIDA,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate's Report and Recommendation.  ECF No. 5.  Upon consideration, no objection having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

1

The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No.1, is **DISMISSED without prejudice**."  The Clerk shall close the file.

**SO ORDERED on February 2, 2015.**

s/Mark E. Walker
**United States District Judge**
